# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

_____Southern____ Division

FILED
SEP 25 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| Nashley Marie Tindall | Case No. 7:25-cv-1526-M |
| | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | |
| PODS Enterprise LLC | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Nashley Tindall |
   | Street Address | 302 Marcy Jo Dr. |
   | City and County | Honea Path, Anderson County |
   | State and Zip Code | South Carolina, 28546 |
   | Telephone Number | 864-559-6049 |
   | E-mail Address | pack.nashley@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | PODS Enterprise LLC |
| Job or Title *(if known)* | |
| Street Address | 13535 Feather Sound Dr |
| City and County | Clearwater, Pinellas County |
| State and Zip Code | Florida, 33762 |
| Telephone Number | (727) 538-6234 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | PODS Enterprise LLC |
| Street Address | 1830 Carver Drive |
| City and County | Rocky Point, New Hanover |
| State and Zip Code | North Carolina, 28457 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✔] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) **between May 2024 until I was terminated in August 2024.**

C. I believe that defendant(s) *(check one)*:

- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race
- [ ] color
- [x] gender/sex — Female
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*
  Brain cancer: headaches

E. The facts of my case are as follows. Attach additional pages if needed.

Please see attached pages

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:25-cv-1526-M

Nashley Tindall )
)
)
)
)
v. ) **COMPLAINT**
)
PODS Enterprise LLC )
)
)

# Complaint

1. I was hired at pods on April 10, 2024, and worked at the Rocky Point, NC PODS facility [Exhibit A page 2].
2. When I was hired, I was hired under disability status, as shown in my employee profile [Exhibit B].
3. When I was hired, I was told by the then warehouse manager that I could wear any color vest I wanted as long as I wore a vest.
4. I purchased a purple, high visibility level 2 vest. When the territory manager, John, came to visit between April 2024 and May 2024, he asked me why I wore a purple vest, and I told him it was due to me getting optical nerve headaches when I wore the orange vests provided by PODS. At this time, John, did not refer me to HR to

1

obtain the forms to get an accommodation and I did not get written up for wearing a purple vest. Prior to this the Market manager, Frank, had seen me multiple time wearing my purple vest, and he said nothing and did not write me up.

5. On June 16, 2024, the new Assistant Market Manager, Larry Stanley, arrived at PODS in Rocky Point. Issues slowly began to arise regarding my purple vest. Prior to his arrival no one had told me that I could not wear my purple vest.

6. Within the employee handbook, on page 40-41, it outlines the levels of disciplinary actions that can be taken

7. Larry began to harass me on an almost daily basis regarding me wearing my purple vest claiming that it was not compliant with the dress code for the drivers. He would harass me by leaving sticky notes around the office. By leaving the sticky notes around the office, he gained the attention of other drivers, who then informed me of the sticky notes. I obtained a copy of the driver handbook and found that the policy, on page 12, stated "vest" [Exhibit D]. It failed to state color or if it had to be a specific level of vest or have reflective strips. I was also not the only individual in the warehouse that wore a different color vest.

8. Between June 16, 2024, and August 02, 2024, I was never formally written up for wearing a purple, high visibility, level 2, reflective vest. I was never suspended, and I did not receive any type of

reprimand for my purple vest. The territory manager, John, nor the Market Manager, Frank, told me to wear an orange vest or informed me my vest was noncompliant.

9. As a female I was singled out because of my purple vest. Across America men wear different colors to include but not limited to red, black, orange and at times, no vest at all. [google images, Exhibit H]

10. On August 02, 2024, after being harassed for weeks by Larry Stanley, I emailed Traci Golden in HR. I asked her what the policy was regarding safety vests. I informed her that I searched in the employee handbook and did not find the vest policy. Traci informed me, "that the policy would not be in the handbook, but it (the vest) was mandatory." I then asked her if the vest needed to be a specific color. She replied, "it has to be company issued." I then informed her that the orange vests hurt my eyes. Traci refused to send me to HR or inform me about accommodation paperwork. [Exhibit E]

11. On August 02, 2024, after emailing Traci and talking to Traci on the phone, I was terminated. I was never given an actual reason for termination. But this was in retaliation to me questioning the vest policy and informing Traci that the vest hurt my eyes [Exhibit E]. I was denied an accommodation due to a vest that physically hurt my eyes due to a brain tumor I had in 1996. Wearing a vest

that did not hurt my eyes would not infringe on my ability to work or use any of the PODS equipment.

12. On August 06, 2024, I sent Laureen SVP HR my termination appeal [Exhibit F].

13. On August 08, 2024, I had around a 2 hour conversation with Laureen regarding my appeal. To date I have not heard anything regarding the investigation.

14. I further researched PODS facilities across America, and I found that on numerous occasions. Various employees were wearing various colors of vests. The vest that they wore varied in levels. [Exhibit H]

15. I also asked Laureen on August 08, 2024, about workers comp due to a lift generator backfiring in my ear. She informed me that she was going to file the necessary paperwork so that I could get medical attention. Laureen never filed the paperwork. On September 06, 2024, I sent an email to Laureen and NC regarding my workers comp paperwork. I was then referred to the company that PODS uses.

16. On September 16, 2024, I filed a EEOC complaint with the Federal government and received a right to sue letter on June 30, 2025.

Please see attached.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
September 16, 2024

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see top of next page

I am seeking compensation for back payment for 9 months of pay to include overtime payment in the amount of $70,000. I am further seeking punitive damages for the amount of $100,000 for violating my Civil Rights and violating my ADA rights.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-23-2025

Signature of Plaintiff: *Nashley M Tindall*

Printed Name of Plaintiff: Nashley Tindall

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address:

My Mailing Address is:

302 Marcy Jo Dr.

Honea Path　　SC　　29654
Town/City　　　State　　Zip Code

864-559-6049
Telephone Number (daytime)

pack.nashley@gmail.com
Email address

Date: 09-19-2025

My Street Address (if different from mailing address) is:

_____
Town/City　　　State　　Zip Code

864-559-6049
Telephone Number (evening)

Nashley M Tindall
Signature

State of SC

County of Michland

The foregoing instrument was acknowledged before me this 9/19/25 [Date] by Sadé Pack [Name of Person Acknowledged].

Sadé Pack
(Signature of Person Taking Acknowledgment)

Notary for SC
(Title or Rank)

N/A
(Serial Number, if any)

*[Notary Seal: SADÉ PACK, NOTARY PUBLIC, STATE OF SOUTH CAROLINA, MY COMMISSION EXPIRES 11/08/2027]*